

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00403-CV

**David Musick & Kayla Musick**

**v.**

**Federal National Mortgage Association**

NO. 1048329 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/17/2015 | E-PAID | ANT |
| FILING | $175.00 | 05/29/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 05/29/2015 | E-PAID | ANT |
| CLK RECORD | $89.00 | 05/21/2015 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $294.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**